■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

MICHAEL WORTHY, Appellant. [621 NYS2d 977]—Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Erie County Court, Drury, J.—Attempted Robbery, 2nd Degree.) Present—Lawton, J. P., Fallon, Wesley, Doerr and Davis, JJ.